## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and on behalf of the Wrongful Death Heirs of BRADEN NICHOLSON, Deceased,<br><br>        Plaintiffs,<br>   v.<br><br>MEDTRONIC MINIMED, INC., a Delaware Corporation; MINIMED DISTRIBUTION CORP., a Delaware Corporation; MEDTRONIC, INC., a Minnesota Corporation; and MEDTRONIC USA, INC., a Minnesota corporation,<br><br>       Defendants. | **Case No. 3:16-cv-00785 HTW-LRA** |

## DEFENDANTS' UNOPPOSED MOTION TO STAY CASE
## PENDING GLOBAL MEDIATION

Medtronic MiniMed, Inc., MiniMed Distribution Corp., Medtronic, Inc., and Medtronic USA, Inc. (collectively, "Medtronic") respectfully move this Court to stay this case for approximately five months so that the parties can attempt to resolve this case at a global mediation, which is scheduled for June 20-23, 2017.  The undersigned counsels certify that Plaintiffs do not oppose this motion.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.  A stay is appropriate here not only to conserve the Court's and parties' time and

resources, but also to allow the parties to engage in a scheduled mediation. *See* 13B Charles A. Wright, et al., Federal Practice & Procedure § 3533.2 (2009).

Plaintiffs Brad Nicholson and Sonia Nicholson, individually as wrongful death heirs of Braden Nicholson, (collectively, "Plaintiffs") filed the Complaint in the United States District Court for the Southern District of Mississippi on October 6, 2016, alleging product liability claims against Medtronic. Medtronic's response to the Complaint is due February 10, 2017.

Plaintiffs' counsel has similar claims pending against Medtronic in various forums.[1] Counsel for Plaintiffs and counsel for Medtronic have conferred and agree that the best use of the parties' and the Court's resources is to stay the case until July 10, 2017 to allow the parties to engage in global resolution evaluation and negotiation and to allow for the informal exchange of information. This global resolution is scheduled for June 20-23, 2017, in Houston, Texas in front of mediator Justice Alice Oliver-Parrot.

Specifically, Medtronic moves the following, to which Plaintiffs have agreed:

1.    That the above-captioned case be stayed until July 10, 2017;

2.    That all current pending deadlines, hearing dates, and trial dates be stayed and postponed approximately five months from their currently scheduled dates;

3.    That on or before July 10, 2017, Plaintiffs and Medtronic will make a joint filing, which will either:

a.    Inform the Court that the parties have reached a settlement and stipulate to dismissal of all claims against Medtronic with prejudice; or

---

[1] These claims are filed in California State Court; the Federal District Court for the Eastern District of Kentucky; the Federal District Court for the District of Maine; the Federal District Court for the Southern District of Ohio; the Federal District Court for the Western District of Texas; the Federal District Court for the Southern District of Texas; the Federal District Court for the Eastern District of Michigan; and the Federal District Court for the Western District of North Carolina.

  b. Inform the Court that the parties have not reached a settlement, and submit a proposed scheduling order and discovery plan at that time.

4. In addition, if Plaintiffs and Medtronic are not able to reach a resolution of this matter at the June 20-23, 2017 mediation, Medtronic will answer or otherwise respond to Plaintiffs' Complaint on July 10, 2017.

To preserve resources and promote settlement, Medtronic respectfully moves this court stay these proceedings as described herein.

RESPECTFULLY SUBMITTED, this the 8th day of February, 2017.

**FORMAN WATKINS & KRUTZ LLP**

By: __/s/*Mary Clift Abdalla*_____
   Mary Clift Abdalla (MS Bar# 102734)
   Joshua J. Metcalf   (MS Bar# 100340)

**ATTORNEYS FOR DEFENDANTS**
**MEDTRONIC MINIMED, INC., MINIMED**
**DISTRIBUTION CORP., MEDTRONIC,**
**INC. AND MEDTRONIC USA, INC**

OF COUNSEL:

**FORMAN WATKINS & KRUTZ LLP**
200 South Lamar Street, Suite 100
Jackson, Mississippi  39225-2608
Telephone: (601)960-8600
Facsimile: (601) 960-8613
E-mail:  mary.abdalla@formanwatkins.com
   joshua.metcalf@formanwatkins.com

.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I, Mary Clift Abdalla, have this date electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF participants.

THIS, the 8th day of February, 2017.

By: __/s/ *Mary Clift Abdalla*_____