**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and on behalf of the Wrongful Death Heirs of BRADEN NICHOLSON, Deceased,<br><br>    Plaintiffs,<br>  v.<br><br>MEDTRONIC MINIMED, INC., a Delaware Corporation; MINIMED DISTRIBUTION CORP., a Delaware Corporation; MEDTRONIC, INC., a Minnesota Corporation; and MEDTRONIC USA, INC., a Minnesota corporation,<br><br>    Defendants. | Case No. 3:16-cv-00785 HTW-LRA<br><br><br><br>**JOINT MOTION TO STAY THE CASE TO ALLOW FOR ATTEMPTED MEDIATION OR TO AMEND THE CASE MANAGEMENT ORDER** |

Defendants Medtronic Minimed, Inc.; Minimed Distribution Corp.; Medtronic, Inc.; and Medtronic USA, Inc. (collectively "Medtronic" or "Defendants") and Plaintiffs Brad Nicholson and Sonia Nicholson (collectively "Plaintiffs"), by and through their respective undersigned counsel, hereby file this Joint Motion to Stay the Case to Allow for Attempted Mediation or to Amend the Case Management Order.

Plaintiffs Brad Nicholson and Sonia Nicholson, individually and as wrongful death heirs of Braden Nicholson, have alleged products liability claims against Medtronic. Plaintiffs' counsel has similar claims pending against Medtronic in various forums. As such, coordinating schedules for depositions and other discovery often requires more time. Additionally, lead counsel for Plaintiffs and lead counsel for Medtronic have explored settlement of these various claims.

1

On February 8, 2017, Medtronic made an unopposed motion to stay the case pending mediation. (ECF No. 9.) The Court granted the unopposed motion. (ECF No. 10.) Counsel for Plaintiffs and counsel for Medtronic prepared for and engaged in a mediation conference, which resulted in settlement of some, but not all, claims against Medtronic. Settlement was not reached in this matter, and the parties jointly so notified the Court on July 10, 2017. (ECF No. 13.) On August 11, 2017, the Court issued a Case Management Order, which set certain pretrial deadlines. (ECF No. 19.) On December 15, 2017, the parties jointly moved this Court to amend the case management order. (ECF No. 23.) This joint motion was made to accommodate coordinating schedules for depositions and other discovery in Plaintiffs' counsel's various cases against Medtronic. (*Id.*) The Court granted the joint motion to amend the case management order on December 28, 2017. Since that time, counsel for Plaintiffs and counsel for Medtronic have conferred and agree that the best use of the parties' resources and the Court's resources is to engage in evaluation and negotiation of potential a resolution of these claims. A mediation conference is currently scheduled for June 11 and 12, 2018, in Houston, Texas before The Honorable Alice-Oliver Parrott. While the prior mediation did not result in settlement of this case, both parties agree to pursue further negotiations in good faith.

The parties jointly move to stay this case, with the exception of two fact witness depositions that will take place on April 30, 2018 and May 1, 2018, pending the June 11-12, 2018 mediation. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. A stay is appropriate here not only to conserve the Court's and parties' time and resources, but also to allow the parties to engage in a scheduled mediation. 13B Charles A.

Wright, et al., Federal Practice & Procedure § 3533.2 (2009). Specifically, the parties jointly move as follows:

1. That the case be stayed pending the result of the mediation, and vacate the scheduling order entered on August 11, 2017 (ECF No. 19) and as amended on December 28, 2017;

2. That on or before June 20, 2018, Plaintiffs and Defendants will make a joint filing, which will either:

    a. Inform the Court that the parties have reached a settlement and stipulate to dismissal of all claims against Defendants with prejudice; or

    b. Inform the Court that the parties have not reached a settlement and submit a new proposed scheduling order.

Alternatively, the parties jointly move that the Case Management Order be amended. The Court may amend its scheduling orders for good cause. Fed. R. Civ. P. 16(b)(4). Here, amending the Case Management Order is warranted so that the parties may prepare for and engage in mediation. Specifically, the parties jointly move that the Case Management Order be amended so that the deadlines are as follows:

- Motions for joinder of parties and motions to amend pleadings are due July 16, 2018;
- Plaintiffs' expert designation are due September 1, 2018;
- Defendants' expert designation are due November 1, 2018;
- All discovery must be completed by February 28, 2019; and
- All motions are due April 1, 2019.

*[signature blocks on following pages]*

Respectfully submitted,

Dated:  March 21, 2018        **FORMAN WATKINS & KRUTZ LLP**

By:  */s/ Mary Clift Abdalla*
Joshua J. Metcalf (MS Reg. #100340)
Mary Clift Abdalla (MS Reg. #102734)
P.O. Box 22608
210 East Capitol Street, Suite 2200 (39201)
Jackson, MS  39225-2608
Telephone:  (601) 974-8722
Email: joshua.metcalf@formanwatkins.com
Email: mary.abdalla@formanwatkins.com

**-and-**

Nicole E. Narotzky (*pro hac vice*)
Steven L. Schleicher (*pro hac vice*)
**MASLON LLP**
330 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Email:     nicole.narotzky@maslon.com
           steve.schleicher@maslon.com

**ATTORNEYS FOR MEDTRONIC**

**Joined by:**

Dated:  March 21, 2018        **HOUSSIERE DURANT & HOUSSIERE, LLP**

By:  */s/* Charles R. Houssiere, III
Charles R. Houssiere, III, *pro hac vice*
Three Post Oak Central
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812
Telephone: (713) 626-3700
Email: choussiere@hdhtex.com

**-and-**

PITTMAN, GERMANY, ROBERTS & WELSH, LLP
C. Victor Welsh, III
MSB # 7107

4

P.O. Box 22985
Jackson, MS 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
Email: cvw@pgrwlaw.com

**ATTORNEYS FOR PLAINTIFFS**