**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and on behalf of the Wrongful Death Heirs of BRADEN NICHOLSON, Deceased,<br><br>    Plaintiffs,<br>   v.<br><br>MEDTRONIC MINIMED, INC., a Delaware Corporation; MINIMED DISTRIBUTION CORP., a Delaware Corporation; MEDTRONIC, INC., a Minnesota Corporation; and MEDTRONIC USA, INC., a Minnesota corporation,<br><br>    Defendants. | Case No. 3:16-cv-00785 HTW-LRA<br><br><br><br>**ORDER TO STAY THE CASE TO ALLOW FOR ATTEMPTED MEDIATION** |

IT IS HEREBY ORDERED that good cause has been set forth by the parties' Joint Motion to Stay the Case to Allow for Attempted Mediation or to Amend the Case Management Order, the motion is GRANTED as to the request for stay, and the following is ORDERED:

1.  The case is stayed pending the result of the mediation, and the Case Management Order entered on August 11, 2017 (ECF No. 19) and as amended on December 28, 2017 is vacated;

2.  On or before June 20, 2018, Plaintiffs and Defendants will make a joint filing, which will either:

    a.  Inform the Court that the parties have reached a settlement and stipulate to dismissal of all claims against Defendants with prejudice; or

    b.  Inform the Court that the parties have not reached a settlement and submit a new proposed scheduling order.

1

SO ORDERED, this the 23rd day of March 2018.

      __/S Linda R. Anderson_____
      UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

By: */s/ Mary Clift Abdalla*
Mary Clift Abdalla (MS Bar# 102734)
**FORMAN WATKINS & KURTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
E-mail: mary.abdalla@formanwatkins.com