**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and on behalf of the Wrongful Death Heirs of BRADEN NICHOLSON, Deceased,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MEDTRONIC MINIMED, INC., a Delaware Corporation; MINIMED DISTRIBUTION CORP., a Delaware Corporation; MEDTRONIC, INC., a Minnesota Corporation; and MEDTRONIC USA, INC., a Minnesota corporation,<br><br>　　　　Defendants. | Case No. 3:16-cv-00785 HTW-LRA<br><br><br><br>**JOINT NOTIFICATION TO COURT REGARDING SETTLEMENT STATUS AND JOINT MOTION TO STAY CASE FOR SIXTY DAYS** |

Defendants Medtronic Minimed, Inc.; Minimed Distribution Corp.; Medtronic, Inc.; and Medtronic USA, Inc. (collectively "Medtronic" or "Defendants") and Plaintiffs Brad Nicholson and Sonia Nicholson (collectively "Plaintiffs"), by and through their respective undersigned counsel, hereby file this Joint Notification to the Court Regarding Settlement Status and Joint Motion to Stay the Case for Sixty Days.

**PROCEDURAL HISTORY**

Plaintiffs Brad Nicholson and Sonya Nicholson, individually as wrongful death heirs of Braden Nicholson, have alleged products liability claims against Medtronic. Plaintiffs' counsel also has other claims pending against Medtronic in various forums. As such, lead counsel for Plaintiffs and lead counsel for Medtronic have explored settlement of these various claims.

On February 23, 2017, the Court granted Medtronic's unopposed motion to stay the case pending mediation. (ECF Nos. 9-10.) Counsel for Plaintiffs and counsel for Medtronic prepared

1

for and engaged in a mediation conference; however, settlement was not reached and the parties jointly notified the Court on July 10, 2017. (ECF No. 13.) On August 11, 2017, the Court issued a Case Management Order, which set certain pretrial deadlines. (ECF No. 19.) On December 29, 2017, the Court granted the parties' joint motion to amend the Case Management Order to accommodate scheduling depositions and other discovery. (Dec. 28, 2017, Text Only Order Granting ECF No. 23.) Thereafter, after the parties engaged in certain discovery, counsel for Plaintiffs and counsel for Medtronic conferred and agreed to engage in another mediation in an attempt to reach a resolution of the matter. Accordingly, the parties jointly moved to stay the case, with the exception of two fact witness depositions, pending a June 11-12, 2018 mediation, and to vacate the Case Management Order. (ECF No. 24.) The Court granted the motion, stayed the case and vacated the Case Management Order, and ordered that the parties jointly notify the Court whether the case settled by June 20, 2018. (ECF No. 25.)

## NOTICE OF SETTLEMENT STATUS

A mediation conference was held June 11 and 12, 2018, in Houston, Texas before The Honorable Alice-Oliver Parrott. Significant progress was made, culminating in The Honorable Parrott submitting a mediator's proposal to the parties. While settlement has not yet been reached, the parties believe that an additional sixty days would allow the parties adequate time to consider the mediator's proposal.

## MOTION TO STAY CASE FOR SIXTY DAYS

Accordingly, the parties jointly move to stay this case for sixty days. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. A stay is appropriate here not only to conserve the Court's and parties' time and resources, but also to

allow the parties to continue mediation efforts and specifically to allow the parties adequate time to consider the mediator's proposal.  13B Charles A. Wright, et al., Federal Practice & Procedure § 3533.2 (2009) ("a court may stay proceedings if the parties are working toward settlement"). Specifically, the parties jointly move as follows:

1. That the case be stayed sixty days;

2. That on or before August 20, 2018, Plaintiffs and Defendants will make a joint filing, which will either:

   a. Inform the Court that the parties have reached a settlement, and stipulate to dismissal of all claims against Defendants with prejudice; or

   b. Inform the Court that the parties have not reached a settlement, and submit a new proposed scheduling order.

*[signature blocks on following pages]*

Respectfully submitted,

Dated: June 20, 2018    **FORMAN WATKINS & KRUTZ LLP**

By: */s/ Mary Clift Abdalla*
Joshua J. Metcalf (MS Reg. #100340)
Mary Clift Abdalla (MS Reg. #102734)

P.O. Box 22608 (39225)
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone: (601) 974-8722
Email: joshua.metcalf@formanwatkins.com
Email: mary.abdalla@formanwatkins.com

**-and-**

Nicole E. Narotzky (*pro hac vice*)
Steven L. Schleicher (*pro hac vice*)
**MASLON LLP**
330 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Email:    nicole.narotzky@maslon.com
             steve.schleicher@maslon.com

**ATTORNEYS FOR MEDTRONIC**

**Joined by:**

Dated: June 20, 2018    **HOUSSIERE DURANT & HOUSSIERE, LLP**

By: */s/ Charles R. Houssiere, III*
Charles R. Houssiere, III, *pro hac vice*
Three Post Oak Central
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812
Telephone: (713) 626-3700
Email: choussiere@hdhtex.com

**-and-**

4

PITTMAN, GERMANY, ROBERTS & WELSH, LLP

C. Victor Welsh, III
MSB # 7107
P.O. Box 22985
Jackson, MS 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187
Email: cvw@pgrwlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that I, Mary Clift Abdalla, have this date served, via electronic mail, a true and correct copy of the above and foregoing document to all counsel of record.

THIS, the 20th day of June, 2018.

By: *__/s/ Mary Clift Abdalla__*
Mary Clift Abdalla (MS Reg. #102734)