## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and on behalf of the Wrongful Death Heirs of BRADEN NICHOLSON, Deceased,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MEDTRONIC MINIMED, INC., a Delaware Corporation; MINIMED DISTRIBUTION CORP., a Delaware Corporation; MEDTRONIC, INC., a Minnesota Corporation; and MEDTRONIC USA, INC., a Minnesota corporation,<br><br>　　　　Defendants. | Case No. 3:16-cv-00785 HTW-LRA<br><br><br><br>**ORDER** |

IT IS HEREBY ORDERED that good cause has been set forth by the parties' Joint Motion to Stay the Case for Sixty Days [26], the motion is GRANTED, and the following is ORDERED:

1. The case is stayed until August 20, 2018;

2. On or before August 20, 2018, Plaintiffs and Defendants will make a joint filing, which will either:

    a. Inform the Court that the parties have reached a settlement, and stipulate to dismissal of all claims against Defendants with prejudice; or

    b. Inform the Court that the parties have not reached a settlement, and submit a new proposed scheduling order.

SO ORDERED, this the 22nd day of June 2018.


                                            ____/Linda R. Anderson_____
                                               UNITED STATES MAGISTRATE JUDGE


**Submitted by:**

*/s/ Mary Clift Abdalla*_____
Mary Clift Abdalla (MS Bar# 102734)
**FORMAN WATKINS & KURTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
E-mail: mary.abdalla@formanwatkins.com