IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and as representatives of the estate of BRADEN NICHOLSON, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC MINIMED, INC. a Delaware corporation; MINIMED DISTRIBUTION CORP. a Delaware corporation; MEDTRONIC, INC., a Minnesota corporation; and MEDTRONIC USA, INC, a Minnesota corporation,<br><br>Defendants. | Civil Action No. 16-cv-00785-HTW-LRA<br><br><br><br>JOINT NOTIFICATION TO COURT REGARDING SETTLEMENT STATUS AND MOTION TO STAY CASE FOR ADDITIONAL THIRTY DAYS |

COME NOW Brad Nicholson and Sonia Nicolson, individually and as representatives of the Estate of Braden Nicholson, deceased, Plaintiffs herein, and Defendants Medtronic MiniMed, Inc., Minimed Distribution Corp., Medtronic, Inc. and Medtronic USA, Inc. by and through their respective counsel, hereby file this Joint Notification Regarding Settlement Status and a Motion to Stay Case for Additional Thirty Days and in support thereof state as follows:

As stated in the parties' previous joint filing (Doc. 26), the case was mediated on June 11 and June 12, 2018, in Houston Texas, before the Honorable Alice Oliver-Parrott. After the mediation, the parties jointly requested a stay of 60 days that was needed in order to fully consider and evaluate mediator's proposal.

During these 60 days, the parties have discussed the case and ultimately this past Thursday, August 16, 2018, Defendants proposed an alternative settlement, different from the mediator's proposal.

1

Unfortunately, Mrs. Sonya Nicholson's father passed away unexpectedly last week and Plaintiffs cannot fully consider Defendants' offer while going through the grieving process and arranging for the funeral.  Therefore, Plaintiffs respectfully request an additional thirty days to consider the Defendant's offer.

Plaintiffs have conferred with counsel for Defendants and they do not oppose the relief requested herein.

At the expiration of the additional thirty day extended stay of the case, the parties will jointly inform the Court whether the case is settled or not and whether there is a need for a new scheduling order.

Dated: <u>August 20, 2018</u>     HOUSSIERE DURANT & HOUSSIERE LLP

By: *S/ Charles R. Houssiere, III.*
Charles R. Houssiere, III., *pro hac vice*
Three Post Oak Central
1990 Post Oak Boulevard, Suite 800
Houston, TX 77056-3812
Telephone:  (713) 626-3700
Email: choussiere@hdhtex.com

*Lead Counsel for Plaintiffs*

PITTMAN, GERMANY, ROBERTS & WELSH, LLP
C. Victor Welsh, III
MSB #7107
P.O. Box 22985
Jacksonville, MS 39226-2985
Telephone:  (601) 948-6200
Facsimile:  (601) 948-6187
Email:  cvw@pgrwlaw.com

*Local Counsel for Plaintiffs*

Dated: <u>August 20, 2018</u>                         MASLON, LLP

By: _/s/ Nicole E. Narotzky_____
Nicole E. Narotzky, *pro hac vice*
Steven L. Schleicher, *pro hac vice*
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-672-8200
Email: nicole.narotzky@maslon.com
Email: steve.schleicher@maslon.com

*Lead Counsel for Defendants*

FORMAN WATKINS & KRUTZ, LLP

Joshua J. Metcalf, MS Reg. 100340
Mary Clif Abdalla, MS Reg. 102734
PO Box 22608
210 East Capitol Street, Suite 2200
Jackson, MS 39225-2608
Telephone: 601-974-8722
Email: metcalfjj@fpwk.com
Email: abdallamc@fpwk.com

CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing document was served via CM/ECF on counsel of records on this 20th day of August, 2018 addressed as follows:

Nicole E. Narotzky                             *nicole.narotzky@maslon.com*
Steve Schleicher                               *steve.schleicher@maslon.com*
Maslon, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Mary Clift Abdalla                             *abdallamc@fpwk.com*
Joshua J. Metcalf                              *metcalfjj@fpwk.com*
Forman Watkins & Krutz, LLP
PO Box 22608
210 East Capitol Street, Suite 2200
Jackson, MS 39225-2608

*By: Charles R. Houssiere, III.*
Charles R. Houssiere, III.

4