IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| BRAD NICHOLSON and SONIA NICHOLSON, individually and as representatives of the estate of BRADEN NICHOLSON, deceased.<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC MINIMED, INC. a Delaware corporation; MINIMED DISTRIBUTION CORP. a Delaware corporation; MEDTRONIC, INC., a Minnesota corporation; and MEDTRONIC USA, INC, a Minnesota corporation,<br><br>Defendants. | Civil Action No. 16-cv-00785-HTW-LRA<br><br><br><br>ORDER GRANTING MOTION TO STAY CASE FOR ADDITIONAL THIRTY DAYS |

    THIS MATTER comes before the Court upon parties' Joint Motion to Stay for Additional Thirty Days, and the Court having considered the parties' request;

    FINDS that the Motion is well taken and that no party will be prejudiced thereby;

    HEREBY GRANTS the Joint Motion to Stay for Additional Thirty Days, through and including September 19, 2018;

    ORDERS that by September 19, 2018, the parties shall make a joint filing informing the Court whether the case is settled or whether it needs to be re-set for trial.

    SO ORDERED this the 20th day of August, 2018.

                                           _S/ Linda R. Anderson_____
                                           United States Magistrate Judge